Cir. Apr.25, 2003). In order to obtain authorization to file a second motion to vacate, a movant must assert claims based on either: (1) a new rule of constitutional law, previously unavailable, made retroactive by the Supreme Court to cases on collateral review; or (2) newly discovered evidence that would be sufficient to establish by clear and convincing evidence that no reasonable fact-finder would have found the movant guilty of the offense. 28 U.S.C. §§ 2244(b)(3)(C), 2255 (2000). Johnson's claims do not satisfy either of these conditions. Therefore, we decline to authorize Johnson to file a successive § 2255 application.

We deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Alvin O. Washington, Appellant Pro Se. Helen Eckert Phillips, Standardsville, Virginia, for Appellees.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Alvin O. Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Washington v. Ryder,* No. CA–02–575–7 (W.D.Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Alvin O. WASHINGTON,
Plaintiff–Appellant,**

v.

**April RYDER; Doctor Reese,
Defendants–Appellees.**

No. 03–6654.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

**Allan A. PETERSEN, Plaintiff–
Appellant,**

v.

**Laveda RAWLS; Tony Baker,
Defendants–Appellees.**

No. 03–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.